JUDGE PRESKA

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA             :

    - v. -                          :      INDICTMENT

AGUSTIN MARTINEZ-VELAZQUEZ,          :      08 Cr.
    a/k/a "Sepi,"
                                     :
                  Defendant.
                                     :
- - - - - - - - - - - - - - - - - - x

**08 CRIM 069**

### COUNT ONE

The Grand Jury charges:

1. From at least in or about July 2006, through at least in or about August 2007, in the Southern District of New York and elsewhere, AGUSTIN MARTINEZ-VELAZQUEZ, a/k/a "Sepi," the defendant, and others known and unknown, unlawfully, intentionally, and knowingly did combine, conspire, confederate and agree together and with each other to violate the narcotics laws of the United States.

2. It was a part and object of the conspiracy that AGUSTIN MARTINEZ-VELAZQUEZ, a/k/a "Sepi," the defendant, and others known and unknown, unlawfully, intentionally, and knowingly would and did distribute and possess with intent to distribute a controlled substance, to wit, 5 kilograms and more of mixtures and substances containing a detectable amount of cocaine, in violation of Sections 812, 841(a)(1) and 841(b)(1)(A) of Title 21 of the United States Code.

Overt Acts

3. In furtherance of the conspiracy and to effect the illegal object thereof, the following overt acts, among others, were committed in the Southern District of New York and elsewhere:

    a. On or about July 27, 2006, AGUSTIN MARTINEZ-VELAZQUEZ, a/k/a "Sepi," the defendant, spoke on the telephone with a co-conspirator not named as a defendant herein ("CC-1") about the delivery of kilogram quantities of cocaine.

    b. On or about July 29, 2006, AGUSTIN MARTINEZ-VELAZQUEZ, a/k/a "Sepi," the defendant, spoke on the telephone with CC-1 about a narcotics transaction.

(Title 21, United States Code, Section 846.)

_____   _____
FOREPERSON                         MICHAEL J. GARCIA
                                   United States Attorney

```
Form No. USA-33s-274 (Ed. 9-25-58)
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

AGUSTIN MARTINEZ-VELAZQUEZ,
a/k/a "Sepi,"

Defendant.

INDICTMENT

08 Cr.

(Title 21, United States Code,
Section 846.)

MICHAEL J. GARCIA
United States Attorney.

A TRUE BILL

_____
Foreperson.